FILED

06/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0295

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0295

_____

NATHAN BRYCE HARDIN,

     Plaintiff and Appellant,

   v.

                               O R D E R

STATE OF MONTANA, ATTORNEY
GENERAL, AUSTIN KNUDSEN,

     Defendants and Appellees.

_____

The record was filed for purposes of this appeal on May 9, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than July 26, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 26 2024